UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMANDA MEYER,<br><br>　　　　　　　　Defendant. | CASE NO. CR20-92-JCC<br><br>**ORDER REVOKING BOND AND ORDERING DETENTION** |

The Court conducted a bond revocation hearing and detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged by grand jury indictment with conspiracy to distribute controlled substances. If convicted as charged, she faces a mandatory minimum term of imprisonment of no less than five years. Defendant was released in July 2020 and since release has struggled. The Court set a series of status conferences to closely monitor defendant's compliance with the conditions of release and issued an arrest warrant when defendant failed to appear for a hearing the court set for December 22, 2020. For the next three weeks, defendant was not in contact with the pretrial office and the office filed two petitions alleging violations of conditions of release.

ORDER REVOKING BOND AND
ORDERING DETENTION - 1

Defendant contacted the pretrial office in January and was directed to appear for a drug test. Defendant was arrested on the warrant the court issued and admitted to drug use. After her arrest, device to circumvent drug testing was discovered on defendant's person. On January 20, 2021, defendant admitted to violating her conditions of release and stipulated that she did not comply with her mental health and drug treatment requirements. The Court revoked defendant's bond on the grounds that she is need of drug treatment, and based upon the problems above. The Court indicated to defense counsel it would entertain a motion to reopen if an appropriate treatment plan could be presented.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 20th day of January, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REVOKING BOND AND
ORDERING DETENTION - 2